**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-14264-ROSENBERG**

RAYMOND PERRY,

    Petitioner,

v.

MARK S. INCH,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

This matter is before the Court upon *pro se* Petitioner's Petition which was previously referred to the Honorable Lisette M. Reid for a Report and Recommendation on any dispositive matters. On August 7, 2020, Judge Reid issued a Report and Recommendation recommending that Petitioner's Petition be dismissed. DE 7. Petitioner responded with various filings. The Court has conducted a *de novo* review of Magistrate Judge Reid's Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Reid's recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Reid's Report and Recommendation and concludes that the Petition should be dismissed for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation [DE 7] is hereby **ADOPTED**;
2. Petitioner's Petition is **DISMISSED**;
3. No certificate of appealability shall issue;

4. All other pending motions are **DENIED AS MOOT**; and

5. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 15th day of September, 2020.

                                                      ROBIN L. ROSENBERG
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record